

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2020

No. 04-20-00127-CR

Frank Henry **WESCH**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-378-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED in part. The State's Brief is due October 16, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court